# Court of Appeals
# of the State of Georgia

ATLANTA, November 12, 2013

*The Court of Appeals hereby passes the following order*

**A14I0037. THE HERTZ CORPORATION et al. v. DEBRA LONG et al..**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

12EV014475



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta, November 12, 2013.

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , Clerk.